# United States Court of Appeals
## For the First Circuit

No. 24-1356

UNITED STATES OF AMERICA,

Appellee,

v.

STEPHEN PILSON,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this court, issued on June 1, 2026, is amended as follows:

On page 10, line 7, please change "elocution" to "allocution"

On page 23, line 21, please change "free-reign" to "free-rein"